STANLEY G. HILTON, BAR NO. 65990
LAW OFFICES OF STANLEY G. HILTON
580 CALIFORNIA ST., SUITE 500
SAN FRANCISCOI, CA 94104
Tel:  (415) 786-4821
FAX 415 439 4963
E MAIL: stavros3589@aol.com

Attorney for Plaintiff
Options

US DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OPTIONS NATIONAL FERTILITY REG, | ) | No. C-07-05238 HRL |
| | ) | |
| Plaintiff, | ) | DECLINE TO PROCEED BEFORE |
| | ) | MAGISTRATE |
| vs. | ) | |
| AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE ET AL | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF** OPTIONS DECLINES TO PROCEED BEFORE A MAGISTRATE AND

REQUESTS A JUDGE NBE ASSIGNED.

DATE 1 16 08

_____

STANLEY G HILTON

ATTORNEY FOR PLAINTIFF