**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Options National Fertility Registry, a California Corporation,<br><br>                  Plaintiff,<br><br>       v.<br><br>The American Society for Reproductive Medicine, et.al.,<br><br>                  Defendants.                                        / | No. C07-05238<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for January 29, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: January 22, 2008                           RICHARD W. WIEKING,
                                                                  United States District Court

                                                                   */s/ Patty Cromwell*
                                                                  By: Patty Cromwell
                                                                  Courtroom Deputy Clerk to
                                                                  Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4  Stanley G. Hilton    FROG727@AOL.COM, chaffeej@pacbell.net, frogg@e-garfield.com, loucasloukas@yahoo.com, mscarver@aol.com, STAVROS3589@AOL.COM
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28