**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

───────────

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364


**January 22, 2008**

**CASE NUMBER:  CV 07-05238 HRL**
**CASE TITLE:  OPTIONS NATIONAL FERTILITY REGISTRY-v-THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE, ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 01/17/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                             Entered in Computer 01/22/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                    Transferor CSA