UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY,     Plaintiff,<br>V.<br>AMER. SOCIETY FOR REPRODUCTIVE MEDICINE,     Defendant. | Case Number CV-07-5238-JF<br><br>Case Management Conference<br><br>March 7, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on March 7, 2008 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

January 30, 2008

                                          For the Court
                                          Richard W. Wieking, Clerk

                                          By: /s/
                                          Diana Munz
                                          Courtroom Deputy Clerk