1   STANLEY G. HILTON,   CBN  65990
    LAW OFFICES OF STANLEY G. HILTON
2   580 California Street, Suite 500
    San Francisco, California  94104
3   Tel:  (415) 439 4893, (415) 786-4821
    Fax: (415) 439 4963
4   E Mail: 4561414@GMAIL.COM

5   Attorney for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9

10  OPTIONS NATIONAL FERTILITY
    REGISTRY, a California Corporation,
    and , JESSICA and class of
11  plaintiffs believed to be similarly situated
    (women egg donors whose eggs were
12  allegedly given to
    unknown and unauthorized recipients
13  via  "egg sharing" without their
    informed consent, in violation
14  of an existing  legally binding
    contract)                               No.   C 07 5238 JF
15

16          Plaintiffs,                     EX PARTE APPLICATION FOR ORDER
                                            CONTINUING CASE MANAGEMENT
17                                          CONFERENCE; DECLARATION OF
                                            STANLEY G HILTON
18          V

19  THE AMERICAN SOCIETY FOR
    REPRODUCTIVE MEDICINE;
20  SOCIETY FOR ASSISTED REPRODUCTIVE
    TECHNOLOGY; DOES 1 THROUGH
21  102 (REGISTERED INFERTILITY PHYSICIANS)
    AND DOES 103 THROUGH
22  1500 (FERTILITY CLINICS AND
    ASSOCIATED PROFESSIONAL
23  DEFENDANTS),

24          DEFENDANTS
    _____

25

26

27

28  OPTIONS VS. AMER SOC FOR REPRO MED, ET AL.                           1

1  PLAINTIFFS REQUEST THE COURT TO CONTINUE THE CASE MANAGEMENT

2  CONFERENCE (CMC) IN THIS CASE FROM MARCH 7, 2008 UNTIL MAY 2 2008 AND

3  REQUEST AN EXTENSION OF TIME TO SERVE DEFENDANTS TO APRIL 15, 2008.  IS

4  REQUESTED.  THE REASON IS THAT PLAINTIFFS; ATTORNEY STANLEY HILTON

5  MUST BE IN A TRIAL IN HAYWARD IN ALAMEDA COUNTY SUPERIOR COURT ON

6  MARCH 7 2008 WHICH WILL LAST ABOUT A MONTH.

7  PLEASE SEE DECLARATION OF MR. HILTON ATTACHED.

8  DATE   2 26 08

9  _____/S/_____

10  STANLEY G HILTON

11  ATTY FOR PLAINTIFFS

12

13  **DECLARATION OF STANLEY G HILTON**

14  I DECLARE:

15  1. I AM ATTORNEY OF RECORD FOR PLAINTIFFS IN THIS CASE

16  2. I AM UNABLE TO ATTEND THE CASE MANAGEMENT CONFERENCE IN THIS

17  CASE ON MARCH 7 2008 BECAUSE I MUST ATTEND A SETTLEMENT CONFERENCE

18  AND START OF TRIAL AND MOTIONS IN LIMINE IN A CASE IN ALAMEDA COUNTY

19  SUPERIOR COURT, IN HAYWARD, ON MARCH 7 208 AT 9 AM  IN CARTER ET AL VS

20  MONOPOLY GAME ET AL, CASE NO.  HG 03114419. I REPRESENT PLAINTIFFS IN

21  THAT CASE.  I HAVE NO PARTNERS OR ASSOCIATES. THAT TRIAL IS EXPECTED TO

22  TAKE BETWEEN 4 AND 7 WEEKS TO COMPLETE AND IS A JURY TRIAL WITH

23  MULTIPLE PARTIES AND VERY COMPLICATED.

24  IN ADDITION I NEED UNTIL APRIL 15, 2008  TO SERVE ALL FO THE DEFENDANTS IN

25  THIS CASE AND DETERMINE WHICH ADDITIONAL DEFENDANTS MUST BE NAMED

26  AND SERVED.  I AM CURRENTLY SCHEDULED  TO BE OUT OF THE COUNTRY

27

28  OPTIONS VS. AMER SOC FOR REPRO MED, ET AL.                                          2

1  FROM MARCH 1 TO 6 2008 AND THEN I START THE ALAMEDA TRIAL.

2  3. I REQUEST THAT THIS CASE MANAGEMENT CONFERENCE BE CONTINUED

3  FROM MARCH 7, 2008  TO MAY 2,  2008 AND THAT TIME BE EXTENDED TO SERVE

4  ALL DEFENDANTS TO APRIL 10 2008.

5  I DECLARE UNDER PENALTY OF PERJURY THAT THE BAOBVE IS TRUE AND

6  CORRECT. EXECUTED ON FEB 26 2008 IN HILLSBOROUGH, CA.

7  _____/S/_____

8  STANLEY G HILTON

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  OPTIONS VS. AMER SOC FOR REPRO MED, ET AL.                                3