**E-filed 2/29/08**

1 | STANLEY G. HILTON,  CBN  65990
LAW OFFICES OF STANLEY G. HILTON
2 | 580 California Street, Suite 500
San Francisco, California  94104
3 | Tel:  (415) 439 4893, (415) 786-4821
Fax: (415) 439 4963
4 | E Mail: 4561414@GMAIL.COM

5 | Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and , JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing  legally binding contract) | No.   C 07 5238 JF |
| Plaintiffs, | EX PARTE APPLICATION FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DECLARATION OF STANLEY G HILTON |
| V | |
| THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 THROUGH 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 THROUGH 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS), | |
| DEFENDANTS | |

OPTIONS VS. AMER SOC FOR REPRO MED, ET AL.                                                                 1

1 PLAINTIFFS REQUEST THE COURT TO CONTINUE THE CASE MANAGEMENT
2 CONFERENCE (CMC) IN THIS CASE FROM MARCH 7, 2008 UNTIL MAY 2 2008 AND
3 REQUEST AN EXTENSION OF TIME TO SERVE DEFENDANTS TO APRIL 15, 2008.  IS
4 REQUESTED.  THE REASON IS THAT PLAINTIFFS; ATTORNEY STANLEY HILTON
5 MUST BE IN A TRIAL IN HAYWARD IN ALAMEDA COUNTY SUPERIOR COURT ON
6 MARCH 7 2008 WHICH WILL LAST ABOUT A MONTH.
7 PLEASE SEE DECLARATION OF MR. HILTON ATTACHED.
8 DATE   2 26 08
9 _____/S/_____
10 STANLEY G HILTON
11 ATTY FOR PLAINTIFFS
12
13 **DECLARATION OF STANLEY G HILTON**
14 I DECLARE:
15 1. I AM ATTORNEY OF RECORD FOR PLAINTIFFS IN THIS CASE
16 2. I AM UNABLE TO ATTEND THE CASE MANAGEMENT CONFERENCE IN THIS
17 CASE ON MARCH 7 2008 BECAUSE I MUST ATTEND A SETTLEMENT CONFERENCE
18 AND START OF TRIAL AND MOTIONS IN LIMINE IN A CASE IN ALAMEDA COUNTY
19 SUPERIOR COURT, IN HAYWARD, ON MARCH 7 208 AT 9 AM  IN CARTER ET AL VS
20 MONOPOLY GAME ET AL, CASE NO.  HG 03114419. I REPRESENT PLAINTIFFS IN
21 THAT CASE.  I HAVE NO PARTNERS OR ASSOCIATES. THAT TRIAL IS EXPECTED TO
22 TAKE BETWEEN 4 AND 7 WEEKS TO COMPLETE AND IS A JURY TRIAL WITH
23 MULTIPLE PARTIES AND VERY COMPLICATED.
24 IN ADDITION I NEED UNTIL APRIL 15, 2008  TO SERVE ALL FO THE DEFENDANTS IN
25 THIS CASE AND DETERMINE WHICH ADDITIONAL DEFENDANTS MUST BE NAMED
26 AND SERVED.  I AM CURRENTLY SCHEDULED  TO BE OUT OF THE COUNTRY
27
28 OPTIONS VS. AMER SOC FOR REPRO MED, ET AL.                                                    2

1  FROM MARCH 1 TO 6 2008 AND THEN I START THE ALAMEDA TRIAL.

2  3. I REQUEST THAT THIS CASE MANAGEMENT CONFERENCE BE CONTINUED

3  FROM MARCH 7, 2008 TO MAY 2, 2008 AND THAT TIME BE EXTENDED TO SERVE

4  ALL DEFENDANTS TO APRIL 10 2008.

5  I DECLARE UNDER PENALTY OF PERJURY THAT THE BAOBVE IS TRUE AND

6  CORRECT. EXECUTED ON FEB 26 2008 IN HILLSBOROUGH, CA.

7  _____/S/_____

8  STANLEY G HILTON

10  2/29/08 IT IS SO ORDERED. The Case Management Conference is rescheduled for 5/2/08 at 10:30 AM.

12  Judge Jeremy Fogel, US District Court

28  OPTIONS VS. AMER SOC FOR REPRO MED, ET AL.                                3