AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

Options National Fertility Registry, a California Corporation; and, Jessica and class of plaintiffs believed to be similarly situated, believed

Plaintiffs

v.

The American Society for Reproductive Medicine; Society for Assisted Reproductive Technology; Does 1 through 102

Defendants

Civil Action No. C07 05238 JF

## Summons in a Civil Action

To: Society for Assisted Reproductive Technology
(Defendant's name)
1209 - Montgomery Highway
Vestavia Hills, Alabama 35216

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Stanley G. Hilton, Esq., 580 California Street, Suite 500, San Francisco, CA 94104; Tel: (415) 786-4821; Fax: (415) 439-4963.

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAR 2 0 2008

Richard W. Wieking
Name of clerk of court

Tiffany Salinas-Harwell
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)