1 | **MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract),<br><br>Plaintiffs,<br><br>vs.<br><br>THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>Defendants. | Case No. C 07 5238 JF<br><br>Complaint Filed: October 12, 2007<br><br>**STIPULATION PURSUANT TO L.R. 6-1(a) EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Trial Date:     None. |

583371.1

**STIPULATION PURSUANT TO L.R. 6-1(a) EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

1  Plaintiffs and defendants The American Society for Reproductive Medicine and
2  Society for Assisted Reproductive Technology, specially appearing by and through their
3  respective counsel, hereby stipulate that defendants shall have a 12-day extension of time, to and
4  including May 2, 2008, in which to respond to the Complaint filed herein. This extension is
5  needed because defendants just retained counsel and counsel has not had sufficient time to
6  investigate the claims in plaintiff's Complaint in order to prepare a response. The extension will
7  not alter the date of any event or any deadline already fixed by Court order.
8  The parties agree that this stipulation will not prejudice either party's rights with
9  respect to this proceeding before the United States District Court for the Northern District of
10 California.

12  DATED: April 21, 2008

Respectfully submitted,

13  LAW OFFICES OF STANLEY G. HILTON

15  By: [signature]
    Stanley G. Hilton
16  Attorneys for Plaintiffs

17  DATED: April __, 2008      MUSICK, PEELER & GARRETT LLP

19  By: _____
20      Catherine M. Lee
        Attorneys for Defendants THE AMERICAN
21      SOCIETY FOR REPRODUCTIVE MEDICINE
        and SOCIETY FOR ASSISTED
22      REPRODUCTIVE TECHNOLOGY

1   Plaintiffs and defendants The American Society for Reproductive Medicine and
2 Society for Assisted Reproductive Technology, specially appearing by and through their
3 respective counsel, hereby stipulate that defendants shall have a 12-day extension of time, to and
4 including May 2, 2008, in which to respond to the Complaint filed herein. This extension is
5 needed because defendants just retained counsel and counsel has not had sufficient time to
6 investigate the claims in plaintiff's Complaint in order to prepare a response. The extension will
7 not alter the date of any event or any deadline already fixed by Court order.

8   The parties agree that this stipulation will not prejudice either party's rights with
9 respect to this proceeding before the United States District Court for the Northern District of
10 California.

Respectfully submitted,

DATED: April __, 2008          LAW OFFICES OF STANLEY G. HILTON

By: _____
Stanley G. Hilton
Attorneys for Plaintiffs

DATED: April 22, 2008          MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendants THE AMERICAN
SOCIETY FOR REPRODUCTIVE MEDICINE
and SOCIETY FOR ASSISTED
REPRODUCTIVE TECHNOLOGY