1  **MUSICK, PEELER & GARRETT LLP**
   ATTORNEYS AT LAW
   120 MONTGOMERY STREET, SUITE 2550
2  SAN FRANCISCO, CALIFORNIA 94104-4303
   TELEPHONE 415-281-2024
3  FACSIMILE 415-281-2010
   David A. Tartaglio (State Bar No. 117232)
4  d.tartaglio@mpglaw.com
   Catherine M. Lee (State Bar No. 197197)
5  c.lee@mpglaw.com

6  Attorneys for Defendants THE AMERICAN
   SOCIETY FOR REPRODUCTIVE
7  MEDICINE and SOCIETY FOR ASSISTED
   REPRODUCTIVE TECHNOLOGY
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

| | |
|---|---|
| 12  OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract),<br><br>Plaintiffs,<br><br>vs.<br><br>THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>Defendants. | Case No. C 07 5238 JF<br><br>Complaint Filed: October 12, 2007<br><br>**STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Trial Date:       None. |

**STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE**

1       Plaintiffs and defendants The American Society for Reproductive Medicine and
2 Society for Assisted Reproductive Technology, specially appearing by and through their
3 respective counsel, hereby stipulate to continue the Case Management Conference currently
4 scheduled on May 2, 2008 for twenty-eight (28) days. The additional time is needed because
5 defendants have just retained counsel and counsel will not have had sufficient time to investigate
6 the claims in plaintiff's Complaint or to prepare a response and thus, will be unable to effectively
7 discuss issues that will arise in the case management conference. With the requested extension,
8 the next date for the case management conference shall be May 30, 2008 at 10:30 a.m. or the first
9 available date thereafter. A joint case management conference statement shall be filed by no later
10 than May 23, 2008, unless otherwise ordered by the court.

11       IT IS SO STIPULATED.

12

13                                     Respectfully submitted,

14 DATED: April ___, 2008       LAW OFFICES OF STANLEY G. HILTON

15

16                                     By: _____

17                                         Stanley G. Hilton
                                        Attorneys for Plaintiffs

18 DATED: April ___, 2008       MUSICK, PEELER & GARRETT LLP

19

20                                     By: _____
21                                         Catherine M. Lee
                                        Attorneys for Defendants THE AMERICAN
22                                         SOCIETY FOR REPRODUCTIVE MEDICINE
                                        and SOCIETY FOR ASSISTED
23                                         REPRODUCTIVE TECHNOLOGY

24                                         ORDER

25       IT IS SO ORDERED.

26 Dated: _____, 2008       _____
27                                         JUDGE OF THE UNITED STATES
                                        DISTRICT COURT
28

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

583369.1                                 1
STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE

1    Plaintiffs and defendants The American Society for Reproductive Medicine and
2 Society for Assisted Reproductive Technology, specially appearing by and through their
3 respective counsel, hereby stipulate to continue the Case Management Conference currently
4 scheduled on May 2, 2008 for twenty-eight (28) days. The additional time is needed because
5 defendants have just retained counsel and counsel will not have had sufficient time to investigate
6 the claims in plaintiff's Complaint or to prepare a response and thus, will be unable to effectively
7 discuss issues that will arise in the case management conference. With the requested extension,
8 the next date for the case management conference shall be May 30, 2008 at 10:30 a.m. or the first
9 available date thereafter. A joint case management conference statement shall be filed by no later
10 than May 23, 2008, unless otherwise ordered by the court.

11    IT IS SO STIPULATED.

13    Respectfully submitted,

14 DATED: April ___, 2008    LAW OFFICES OF STANLEY G. HILTON

16    By: _____
        Stanley G. Hilton
17      Attorneys for Plaintiffs

18 DATED: April 21, 2008    MUSICK, PEELER & GARRETT LLP

20    By: _____
        Catherine M. Lee
21      Attorneys for Defendants THE AMERICAN
        SOCIETY FOR REPRODUCTIVE MEDICINE
22      and SOCIETY FOR ASSISTED
        REPRODUCTIVE TECHNOLOGY

24    ORDER

25    IT IS SO ORDERED.

26 Dated: _____, 2008    _____
                                        JUDGE OF THE UNITED STATES
27                                      DISTRICT COURT

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

583369.1    1
STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE