**E-filed 4/24/08**

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract),<br><br>Plaintiffs,<br><br>vs.<br><br>THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>Defendants. | Case No. C 07 5238 JF<br><br>Complaint Filed: October 12, 2007<br><br>**STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Trial Date:            None. |

1  Plaintiffs and defendants The American Society for Reproductive Medicine and
2  Society for Assisted Reproductive Technology, specially appearing by and through their
3  respective counsel, hereby stipulate to continue the Case Management Conference currently
4  scheduled on May 2, 2008 for twenty-eight (28) days. The additional time is needed because
5  defendants have just retained counsel and counsel will not have had sufficient time to investigate
6  the claims in plaintiff's Complaint or to prepare a response and thus, will be unable to effectively
7  discuss issues that will arise in the case management conference. With the requested extension,
8  the next date for the case management conference shall be May 30, 2008 at 10:30 a.m. or the first
9  available date thereafter. A joint case management conference statement shall be filed by no later
10 than May 23, 2008, unless otherwise ordered by the court.

11  IT IS SO STIPULATED.

13  Respectfully submitted,
14  DATED: April __, 2008    LAW OFFICES OF STANLEY G. HILTON

16  By: _____
    Stanley G. Hilton
17  Attorneys for Plaintiffs

18  DATED: April ___, 2008    MUSICK, PEELER & GARRETT LLP

20  By: _____
    Catherine M. Lee
21  Attorneys for Defendants THE AMERICAN
    SOCIETY FOR REPRODUCTIVE MEDICINE
22  and SOCIETY FOR ASSISTED
    REPRODUCTIVE TECHNOLOGY

24  ORDER

25  IT IS SO ORDERED.

26  Dated: __4/24_____, 2008
    _____
27  JUDGE OF THE UNITED STATES
    DISTRICT COURT, JEREMY FOGEL

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

583369.1                    1
STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiffs and defendants The American Society for Reproductive Medicine and Society for Assisted Reproductive Technology, specially appearing by and through their respective counsel, hereby stipulate to continue the Case Management Conference currently scheduled on May 2, 2008 for twenty-eight (28) days. The additional time is needed because defendants have just retained counsel and counsel will not have had sufficient time to investigate the claims in plaintiff's Complaint or to prepare a response and thus, will be unable to effectively discuss issues that will arise in the case management conference. With the requested extension, the next date for the case management conference shall be May 30, 2008 at 10:30 a.m. or the first available date thereafter. A joint case management conference statement shall be filed by no later than May 23, 2008, unless otherwise ordered by the court.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April ___, 2008        LAW OFFICES OF STANLEY G. HILTON

By: _____
Stanley G. Hilton
Attorneys for Plaintiffs

DATED: April 21, 2008        MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

ORDER

IT IS SO ORDERED.

Dated: _____, 2008

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

583369.1                           1
STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE