MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract),<br><br>Plaintiffs,<br><br>vs.<br><br>THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>Defendants. | Case No. C 07 5238 JF<br><br>Complaint Filed: October 12, 2007<br><br>**SECOND STIPULATION PURSUANT TO L.R. 6-1(a) EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Trial Date:           None. |

585638.1

*SECOND* STIPULATION PURSUANT TO L.R. 6-1(a) EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

1   Plaintiffs and defendants The American Society for Reproductive Medicine and
2   Society for Assisted Reproductive Technology, specially appearing by and through their
3   respective counsel, hereby stipulate that defendants shall have a further seven day extension of
4   time, to and including May 9, 2008, in which to respond to the Complaint filed herein. This
5   extension is needed because defendants just retained counsel and counsel has not had sufficient
6   time to investigate the claims in plaintiff's Complaint in order to prepare a response. The
7   extension will not alter the date of any event or any deadline already fixed by Court order.
8   The parties agree that this stipulation will not prejudice either party's rights with
9   respect to this proceeding before the United States District Court for the Northern District of
10  California.

12  DATED: May 2, 2008

Respectfully submitted,

13  LAW OFFICES OF STANLEY G. HILTON

15  By: /s/ Stanley G. Hilton
    Stanley G. Hilton
    Attorneys for Plaintiffs

17  DATED: May __, 2008     MUSICK, PEELER & GARRETT LLP

19  By: _____
    Catherine M. Lee
20  Attorneys for Defendants THE AMERICAN
    SOCIETY FOR REPRODUCTIVE MEDICINE
21  and SOCIETY FOR ASSISTED
    REPRODUCTIVE TECHNOLOGY

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

585638.1

1
SECOND STIPULATION PURSUANT TO L.R. 6-1(a) EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Plaintiffs and defendants The American Society for Reproductive Medicine and Society for Assisted Reproductive Technology, specially appearing by and through their respective counsel, hereby stipulate that defendants shall have a further seven day extension of time, to and including May 9, 2008, in which to respond to the Complaint filed herein. This extension is needed because defendants just retained counsel and counsel has not had sufficient time to investigate the claims in plaintiff's Complaint in order to prepare a response. The extension will not alter the date of any event or any deadline already fixed by Court order.

The parties agree that this stipulation will not prejudice either party's rights with respect to this proceeding before the United States District Court for the Northern District of California.

Respectfully submitted,

DATED: May __, 2008    LAW OFFICES OF STANLEY G. HILTON

By: _____
Stanley G. Hilton
Attorneys for Plaintiffs

DATED: May 2, 2008    MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

585638.1

1

***SECOND* STIPULATION PURSUANT TO L.R. 6-1(a) EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**