1  **MUSICK, PEELER & GARRETT LLP**
   ATTORNEYS AT LAW
   120 MONTGOMERY STREET, SUITE 2550
2  SAN FRANCISCO, CALIFORNIA 94104-4303
   TELEPHONE 415-281-2024
   FACSIMILE 415-281-2010
3
   David A. Tartaglio (State Bar No. 117232)
4  d.tartaglio@mpglaw.com
   Catherine M. Lee (State Bar No. 197197)
5  c.lee@mpglaw.com

6  Attorneys for Defendants THE AMERICAN
   SOCIETY FOR REPRODUCTIVE
7  MEDICINE and SOCIETY FOR ASSISTED
   REPRODUCTIVE TECHNOLOGY
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                            SAN JOSE DIVISION

12 | OPTIONS NATIONAL FERTILITY | Case No. C 07 5238 JF
   | REGISTRY, a California Corporation, and |
13 | JESSICA and class of plaintiffs believed to be | Complaint Filed: October 12, 2007
   | similarly situated (women egg donors whose |
14 | eggs were allegedly given to unknown and | **NOTICE OF MOTION AND MOTION OF**
   | unauthorized recipients via "egg sharing" | **DEFENDANTS AMERICAN SOCIETY**
15 | without their informed consent, in violation of | **OF REPRODUCTIVE MEDICINE AND**
   | an existing legally binding contract), | **SOCIETY FOR ASSISTED**
16 | | **REPRODUCTIVE TECHNOLOGY TO**
   |                    Plaintiffs, | **DISMISS PLAINTIFFS' COMPLAINT**
17 | | **FOR LACK OF SUBJECT MATTER**
   |       vs. | **JURISDICTION (FRCP 12(b)(1)) OR**
18 | | **ALTERNATIVELY, MOTION TO**
   | THE AMERICAN SOCIETY FOR | **DISMISS FIRST, SECOND, AND THIRD**
19 | REPRODUCTIVE MEDICINE; SOCIETY | **CAUSES OF ACTION FOR FAILURE TO**
   | FOR ASSISTED REPRODUCTIVE | **STATE A CLAIM (FRCP 12(b)(6)) and**
20 | TECHNOLOGY; DOES 1 through 102 | **MOTION TO DISMISS CLASS CLAIMS**
   | (REGISTERED INFERTILITY | **(FRCP 12(b)(6)) OR STRIKE CLASS**
21 | PHYSICIANS) AND DOES 103 through 1500 | **ALLEGATIONS (FRCP 12(f))**
   | (FERTILITY CLINICS AND ASSOCIATED |
22 | PROFESSIONAL DEFENDANTS), | Date:      July 11, 2008
   | | Time:      9:00 a.m.
23 |                    Defendants. | Ctrm.:     3
   | |
24 | | Trial Date:            None.

25

26

27

28
   585582.1
   ─────────────────────────────────────────────────────────────────
   NOT. OF MOTION & MOTION OF DEFS. ASRM & SART TO DISMISS PLAINTIFFS' COMPLAINT FOR
   LACK OF SUBJECT MATTER JURIS OR ALT., MOT. TO DISMISS 1st, 2nd & 3rd C/A FOR FAILURE
   TO STATE A CLAIM and MOT. TO DISMISS CLASS CLAIMS OR STRIKE CLASS ALLEGATIONS

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on July 11, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3 of this court, located at the 280 S. First Street, San Jose, California 95113, defendants The American Society for Reproductive Medicine and the Society for Assisted Reproductive Technology will and hereby does move the court to dismiss plaintiff's Complaint in its entirety for lack of subject matter jurisdiction, pursuant to Federal Rules of Civil Procedure 12(b)(1) *or, in the alternative,* moves the court to (1) dismiss or strike the portion of the first claim for breach of oral contract and dismiss the second claim for intentional interference with contractual relations because the claims fail to state a claim upon which relief can be granted, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f); (2) dismiss the third claim for fraud because it does not plead fraud with sufficient particularity as required by Federal Rules of Civil Procedure 9(b) and fails to state a claim upon which relief can be granted, pursuant to Federal Rules of Civil Procedure 12(b)(6); and (3) dismiss the class action claim for failure to state a claim upon which relief can be granted, pursuant to Federal Rules of Civil Procedure 12(b)(6) or strike the class action allegations because the Complaint fails to plead the requirements set forth in Rule 23, pursuant to Federal Rules of Civil Procedure 12(f).

The allegations in the Complaint that are the subject of the motions to strike are as follows:

1. Complaint 5:7 –

   "and oral"

2. Complaint 2:9-13 –

   "2. Plaintiffs _(intentionally omitted)_ JESSICA and class of plaintiffs believed to be similarly situated is a group of women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via an industry-wide practice allegedly known as "egg sharing" without their informed consent, and in violation of an existing legally binding contract."

This motion will be based upon this Notice of Motion and Motion, on the Memorandum of Points and Authorities, Declaration of Nancy Frankel, Request for Judicial

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

585582.1                                     1
NOT. OF MOTION & MOTION OF DEFS. ASRM & SART TO DISMISS PLAINTIFFS' COMPLAINT FOR
LACK OF SUBJECT MATTER JURIS OR ALT., MOT. TO DISMISS 1st, 2nd & 3rd C/A FOR FAILURE
TO STATE A CLAIM and MOT. TO DISMISS CLASS CLAIMS OR STRIKE CLASS ALLEGATIONS

1  Notice, on the pleadings and papers filed herein, and on such other and further matters as the court
2  may deem just and proper at the hearing.
3
4  DATED: May 9, 2008                    MUSICK, PEELER & GARRETT LLP
5
6                                         By: _____
7                                              Catherine M. Lee
                                               Attorneys for Defendants THE AMERICAN
                                               SOCIETY FOR REPRODUCTIVE
8                                              MEDICINE and SOCIETY FOR ASSISTED
                                               REPRODUCTIVE TECHNOLOGY

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

585582.1                                    2
NOT. OF MOTION & MOTION OF DEFS. ASRM & SART TO DISMISS PLAINTIFFS' COMPLAINT FOR
LACK OF SUBJECT MATTER JURIS OR ALT., MOT. TO DISMISS 1st, 2nd & 3rd C/A FOR FAILURE
TO STATE A CLAIM and MOT. TO DISMISS CLASS CLAIMS OR STRIKE CLASS ALLEGATIONS