1  **MUSICK, PEELER & GARRETT LLP**
   ATTORNEYS AT LAW
2  120 MONTGOMERY STREET, SUITE 2550
   SAN FRANCISCO, CALIFORNIA 94104-4303
   TELEPHONE 415-281-2024
3  FACSIMILE 415-281-2010

4  David A. Tartaglio (State Bar No. 117232)
   d.tartaglio@mpglaw.com
5  Catherine M. Lee (State Bar No. 197197)
   c.lee@mpglaw.com

6  Attorneys for Defendants THE AMERICAN
   SOCIETY FOR REPRODUCTIVE
7  MEDICINE and SOCIETY FOR ASSISTED
   REPRODUCTIVE TECHNOLOGY

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 | OPTIONS NATIONAL FERTILITY | Case No. C 07 5238 JF
   | REGISTRY, a California Corporation, and |
13 | JESSICA and class of plaintiffs believed to be | Complaint Filed: October 12, 2007
   | similarly situated (women egg donors whose |
14 | eggs were allegedly given to unknown and | **DECLARATION OF NANCY FRANKEL**
   | unauthorized recipients via "egg sharing" | **IN SUPPORT OF DEFENDANTS**
15 | without their informed consent, in violation of | **AMERICAN SOCIETY OF**
   | an existing legally binding contract), | **REPRODUCTIVE MEDICINE'S AND**
16 | | **SOCIETY FOR ASSISTED**
   | Plaintiffs, | **REPRODUCTIVE TECHNOLOGY'S**
17 | | **MOTION TO DISMISS PLAINTIFFS'**
   | vs. | **COMPLAINT FOR LACK OF SUBJECT**
18 | | **MATTER JURISDICTION (FRCP**
   | THE AMERICAN SOCIETY FOR | **12(b)(1)) OR ALTERNATIVELY,**
19 | REPRODUCTIVE MEDICINE; SOCIETY | **MOTION TO DISMISS FIRST, SECOND,**
   | FOR ASSISTED REPRODUCTIVE | **AND THIRD CAUSES OF ACTION FOR**
20 | TECHNOLOGY; DOES 1 through 102 | **FAILURE TO STATE A CLAIM (FRCP**
   | (REGISTERED INFERTILITY | **12(b)(6)) and MOTION TO DISMISS**
21 | PHYSICIANS) AND DOES 103 through 1500 | **CLASS CLAIMS (FRCP 12(b)(6)) OR**
   | (FERTILITY CLINICS AND ASSOCIATED | **STRIKE CLASS ALLEGATIONS (FRCP**
22 | PROFESSIONAL DEFENDANTS), | **12(f))**
23 | Defendants. | Date:   July 11, 2008
   | | Time:   9:00 a.m.
24 | | Ctrm.:  3
25 | | Trial Date:           None.

26

27

28
585582.1

**FRANKEL DECL. -- DEFS. ASRM'S & SART'S MOT. TO DISMISS PLAINTIFFS' COMPLAINT FOR
LACK OF SUBJECT MATTER JURIS OR ALT., MOT. TO DISMISS 1st, 2nd & 3rd C/A FOR FAILURE
TO STATE A CLAIM and MOT. TO DISMISS CLASS CLAIMS OR STRIKE CLASS ALLEGATIONS**

I, Nancy Frankel, declare as follows:

1. I am the Chief Operating Officer of the American Society for Reproductive Medicine ("ASRM"), a defendant in this lawsuit.

2. I have been employed with ASRM since 2003. I have been in my current position since last year and previously served as ASRM's Director of Operations and Strategic Development. In both positions, I have responsibility to manage the staff of ASRM, oversee ASRM's operations, and maintain and update the company's corporate records.

3. From my positions at ASRM, I know that ASRM is incorporated in the State of California.

4. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed May 8, 2008, at Birmingham, Alabama.

*/s/ Nancy Frankel*
Nancy Frankel

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

585582.1

FRANKEL DECL. -- DEFS. ASRM'S & SART'S MOT. TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURIS OR ALT. MOT. TO DISMISS 1st, 2nd & 3rd C/A FOR FAILURE TO STATE A CLAIM and MOT. TO DISMISS CLASS CLAIMS OR STRIKE CLASS ALLEGATIONS