MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract),<br><br>Plaintiffs,<br><br>vs.<br><br>THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>Defendants. | Case No. C 07 5238 JF<br><br>Complaint Filed: October 12, 2007<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS AMERICAN SOCIETY OF REPRODUCTIVE MEDICINE'S AND SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION (FRCP 12(b)(1)) OR ALTERNATIVELY, MOTION TO DISMISS FIRST, SECOND, AND THIRD CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM (FRCP 12(b)(6)) and MOTION TO DISMISS CLASS CLAIMS (FRCP 12(b)(6)) OR STRIKE CLASS ALLEGATIONS (FRCP 12(f))**<br><br>Date:    July 11, 2008<br>Time:   9:00 a.m.<br>Ctrm.:   3<br><br>Trial Date:          None. |

585586.1

1. Pursuant to Rule 201 of the Federal Rules of Evidence, defendants American Society for Reproductive Medicine and Society for Assisted Reproductive Technology hereby request that the court take judicial notice of the following facts:

    1. Options National Fertility Registry is a California corporation. A true and correct copy of the search result from the California Secretary of State website showing that Options National Fertility Registry is a California corporation is attached hereto and incorporated herein as **Exhibit A**.

    2. American Society for Reproductive Medicine is a California corporation. A true and correct copy of the search result from the California Secretary of State website showing that American Society for Reproductive Medicine is a California corporation is attached hereto and incorporated herein as **Exhibit B**.

DATED: May 9, 2008

MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

585586.1                                        1
REQ. FOR JUDICIAL NOTICE – DEFS' MOT. TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURIS. OR ALT., MOT. TO DISMISS 1ST, 2ND, & 3RD C/A FOR FAILURE TO STATE A CLAIM and MOT. TO DISMISS CLASS CLAIMS OR STRIKE CLASS ALLEGATIONS

Case 5:07-cv-05238-JF    Document 18    Filed 05/09/2008    Page 3 of 6

# EXHIBIT A



**DISCLAIMER:** The information displayed here is current as of APR 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY |||
| **Number:** C1751815 | **Date Filed:** 10/5/1994 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| PO BOX 6209 |||
| GARDEN GROVE, CA 92846 |||
| Agent for Service of Process |||
| ROBERT MITTECO |||
| 425 ELMHURST PL |||
| FULLERTON, CA 92835-3513 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT B



**DISCLAIMER:** The information displayed here is current as of APR 25, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE | | |
| **Number:** C0214694 | **Date Filed:** 3/4/1947 | **Status:** active |
| **Jurisdiction:** California | | |
| Address | | |
| 1209 MONTGOMERY HWY | | |
| BIRMINGHAM, AL 35216 | | |
| Agent for Service of Process | | |
| NATIONAL REGIST ERED AGENTS, IN C. | | |
| 2030 MAIN STREET STE 1030 | | |
| IRVINE, CA 92614 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.