**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract),<br><br>Plaintiffs,<br><br>vs.<br><br>THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>Defendants. | Case No. C 07 5238 JF<br><br>Complaint Filed: October 12, 2007<br><br>**[PROPOSED] ORDER *GRANTING* DEFENDANTS AMERICAN SOCIETY OF REPRODUCTIVE MEDICINE'S AND SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITHOUT LEAVE TO AMEND**<br><br>Date:   July 11, 2008<br>Time:   9:00 a.m.<br>Ctrm.:   3<br><br>Trial Date:           None. |

585583.1

1     The Motion of defendants The American Society for Reproductive Medicine ("ASRM") and Society for Assisted Reproductive Technology ("SART") to Dismiss Plaintiffs' Complaint for Lack of Subject Matter Jurisdiction, or Alternatively, Motion to Dismiss First, Second, and Third Causes of Action for Failure To State a Claim and Motion to Dismiss Class Claims or Strike Class Allegations was heard on July 11, 2008 in Courtroom 3 of the above-entitled court, the Honorable Jeremy Fogel, presiding. Plaintiffs appeared through their counsel, Stanley G. Hilton of the Law Offices of Stanley G. Hilton. Defendants ASRM and SART appeared through their counsel, Catherine M. Lee of Musick, Peeler & Garrett, LLP.

    The Court having reviewed the submissions of plaintiffs and defendants and having heard the arguments of their counsel, and good cause appearing therefor, orders as follows:

    The motion of ASRM and SART to dismiss plaintiff's entire Complaint is granted without leave to amend. The Complaint pleads no subject matter jurisdiction based on federal question and the common citizenship of plaintiff Options National Fertility Registry and defendant ASRM defeats diversity jurisdiction.

    IT IS SO ORDERED.

Dated: _____, 2008

_____
THE HONORABLE JEREMY FOGEL

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

585583.1

[PROPOSED] ORDER *GRANTING* DEFS. ASRM'S & SART'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT W/O LEAVE TO AMEND