MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract),<br><br>Plaintiffs,<br><br>vs.<br><br>THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>Defendants. | Case No. C 07 5238 JF<br><br>Complaint Filed: October 12, 2007<br><br>**SECOND STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Trial Date:        None. |

587823.1

**SECOND STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE**

1  Plaintiffs and defendants The American Society for Reproductive Medicine and
2  Society for Assisted Reproductive Technology, specially appearing by and through their
3  respective counsel, hereby stipulate to continue the Case Management Conference currently
4  scheduled on May 30, 2008 until 35 days after defendants' pending Motion to Dismiss Plaintiffs'
5  Complaint. The continuance is needed because defendants' pending Motion to Dismiss will not
6  be heard until July 11, 2008. It would be premature to hold the case management conference
7  before the outcome of the Motion to Dismiss as the parties cannot effectively meet and confer on
8  issues that will arise in the conference. With the requested extension, the next date for the case
9  management conference shall be August 15, 2008 at 10:30 a.m. or the first available date
10 thereafter. A joint case management conference statement shall be filed by no later than August 8,
11 2008, unless otherwise ordered by the court.

12 IT IS SO STIPULATED.

DATED: May 19, 2008

Respectfully submitted,

LAW OFFICES OF STANLEY G. HILTON

By: _____
Stanley G. Hilton
Attorneys for Plaintiffs

DATED: May ___, 2008

MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendants THE AMERICAN
SOCIETY FOR REPRODUCTIVE MEDICINE
and SOCIETY FOR ASSISTED
REPRODUCTIVE TECHNOLOGY

## ORDER

IT IS SO ORDERED.

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

587823.1

1
SECOND STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiffs and defendants The American Society for Reproductive Medicine and Society for Assisted Reproductive Technology, specially appearing by and through their respective counsel, hereby stipulate to continue the Case Management Conference currently scheduled on May 30, 2008 until 35 days after defendants' pending Motion to Dismiss Plaintiffs' Complaint. The continuance is needed because defendants' pending Motion to Dismiss will not be heard until July 11, 2008. It would be premature to hold the case management conference before the outcome of the Motion to Dismiss as the parties cannot effectively meet and confer on issues that will arise in the conference. With the requested extension, the next date for the case management conference shall be August 15, 2008 at 10:30 a.m. or the first available date thereafter. A joint case management conference statement shall be filed by no later than August 8, 2008, unless otherwise ordered by the court.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: May ___, 2008        LAW OFFICES OF STANLEY G. HILTON

By: _____
Stanley G. Hilton
Attorneys for Plaintiffs

DATED: May 19, 2008         MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

ORDER

IT IS SO ORDERED.

Dated: 5/21, 2008            _____
JUDGE OF THE UNITED STATES DISTRICT COURT

SECOND STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE