| | |
|---|---|
| 1 | **MUSICK, PEELER & GARRETT LLP**<br>ATTORNEYS AT LAW<br>120 MONTGOMERY STREET, SUITE 2550 |
| 2 | SAN FRANCISCO, CALIFORNIA 94104-4303<br>TELEPHONE 415-281-2024<br>FACSIMILE 415-281-2010 |
| 3 | |
| 4 | David A. Tartaglio (State Bar No. 117232)<br>d.tartaglio@mpglaw.com |
| 5 | Catherine M. Lee (State Bar No. 197197)<br>c.lee@mpglaw.com |
| 6 | Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE |
| 7 | MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract),<br><br>Plaintiffs,<br><br>vs.<br><br>THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>Defendants. | Case No. C 07 5238 JF<br><br>Complaint Filed: October 12, 2007<br><br>**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION (FRCP 12(b)(1)) OR ALTERNATIVELY, MOTION TO DISMISS FIRST, SECOND, AND THIRD CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM (FRCP 12(b)(6)) and MOTION TO DISMISS CLASS CLAIMS (FRCP 12(b)(6)) OR STRIKE CLASS ALLEGATIONS (FRCP 12(f))**<br><br>NEW Hearing date:    August 5, 2008<br>Old Hearing date:     July 11, 2008<br><br>Trial Date:                  None. |

592380.1

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION OR ALT., MOT TO DISMISS 1ST, 2ND, & 3RD C/A FOR FAILURE TO STATE A CLAIM & MOT TO DISMISS CLASS CLAIMS OR STRIKE CLASS ALLEGATIONS

Plaintiffs and defendants The American Society for Reproductive Medicine and Society for Assisted Reproductive Technology, appearing by and through their respective counsel, hereby stipulate as follows:

1. At the request of plaintiff's counsel, the hearing of defendants' pending Motion to Dismiss shall be continued from July 11, 2008 to **September 5, 2008.**

2. Plaintiff shall file and serve any opposition to defendants' Motion to Dismiss by no later than **August 8, 2008.**

DATED: June 17, 2008

Respectfully submitted,

LAW OFFICES OF STANLEY G. HILTON

By: _____
Stanley G. Hilton
Attorneys for Plaintiffs

DATED: June 17, 2008

MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

592380.1

STIPULATION TO CONTINUE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION OR ALT., MOT TO DISMISS 1ST, 2ND, & 3RD C/A FOR FAILURE TO STATE A CLAIM & MOT TO DISMISS CLASS CLAIMS OR STRIKE CLASS ALLEGATIONS