**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract),<br><br>Plaintiffs,<br><br>vs.<br><br>THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>Defendants. | Case No. C 07 5238 JF<br><br>Complaint Filed: October 12, 2007<br><br>***AMENDED*** **NOTICE OF MOTION AND MOTION OF DEFENDANTS AMERICAN SOCIETY OF REPRODUCTIVE MEDICINE AND SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION (FRCP 12(b)(1)) OR ALTERNATIVELY, MOTION TO DISMISS FIRST, SECOND, AND THIRD CAUSES OF ACTION FOR FAILURE TO STATE A CLAIM (FRCP 12(b)(6)) and MOTION TO DISMISS CLASS CLAIMS (FRCP 12(b)(6)) OR STRIKE CLASS ALLEGATIONS (FRCP 12(f)**<br><br>Date:   September 5, 2008<br>Time:   9:00 a.m.<br>Ctrm.:   3<br><br>Trial Date:   None. |

---

***AMENDED*** NOT. OF MOTION & MOTION OF DEFS. ASRM & SART TO DISMISS PLAINTIFFS'
COMPLAINT FOR LACK OF SUBJECT MATTER JURIS OR ALT., MOT. TO DISMISS 1st, 2nd & 3rd
C/A FOR FAILURE TO STATE A CLAIM and MOT. TO DISMISS CLASS CLAIMS OR STRIKE CLASS
ALLEGATIONS

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on **September 5, 2008**, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 3 of this court, located at the 280 S. First Street, San Jose, California 95113, defendants The American Society for Reproductive Medicine and the Society for Assisted Reproductive Technology will and hereby does move the court to dismiss plaintiff's Complaint in its entirety for lack of subject matter jurisdiction, pursuant to Federal Rules of Civil Procedure 12(b)(1) *or, in the alternative,* moves the court to (1) dismiss or strike the portion of the first claim for breach of oral contract and dismiss the second claim for intentional interference with contractual relations because the claims fail to state a claim upon which relief can be granted, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f); (2) dismiss the third claim for fraud because it does not plead fraud with sufficient particularity as required by Federal Rules of Civil Procedure 9(b) and fails to state a claim upon which relief can be granted, pursuant to Federal Rules of Civil Procedure 12(b)(6); and (3) dismiss the class action claim for failure to state a claim upon which relief can be granted, pursuant to Federal Rules of Civil Procedure 12(b)(6) or strike the class action allegations because the Complaint fails to plead the requirements set forth in Rule 23, pursuant to Federal Rules of Civil Procedure 12(f).

The allegations in the Complaint that are the subject of the motions to strike are as follows:

1. Complaint 5:7 –

   "and oral"

2. Complaint 2:9-13 –

   "2. Plaintiffs _(intentionally omitted)_ JESSICA and class of plaintiffs believed to be similarly situated is a group of women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via an industry-wide practice allegedly known as "egg sharing" without their informed consent, and in violation of an existing legally binding contract."

This motion will be based upon this Notice of Motion and Motion, on the Memorandum of Points and Authorities, Declaration of Nancy Frankel, Request for Judicial

592394.1                                    1

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

*AMENDED* NOT. OF MOTION & MOTION OF DEFS. ASRM & SART TO DISMISS PLAINTIFFS' COMPLAINT FOR LACK OF SUBJECT MATTER JURIS OR ALT., MOT. TO DISMISS 1st, 2nd & 3rd C/A FOR FAILURE TO STATE A CLAIM and MOT. TO DISMISS CLASS CLAIMS OR STRIKE CLASS ALLEGATIONS

1  Notice, on the pleadings and papers filed herein, and on such other and further matters as the court
2  may deem just and proper at the hearing.
3
4  DATED: June 17, 2008                    MUSICK, PEELER & GARRETT LLP
5
6                                          By: _____
7                                              Catherine M. Lee
                                               Attorneys for Defendants THE AMERICAN
                                               SOCIETY FOR REPRODUCTIVE
8                                              MEDICINE and SOCIETY FOR ASSISTED
                                               REPRODUCTIVE TECHNOLOGY
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

592394.1                                          2
MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

*AMENDED* NOT. OF MOTION & MOTION OF DEFS. ASRM & SART TO DISMISS PLAINTIFFS'
COMPLAINT FOR LACK OF SUBJECT MATTER JURIS OR ALT., MOT. TO DISMISS 1st, 2nd & 3rd
C/A FOR FAILURE TO STATE A CLAIM and MOT. TO DISMISS CLASS CLAIMS OR STRIKE CLASS
ALLEGATIONS