1  **MUSICK, PEELER & GARRETT LLP**
   ATTORNEYS AT LAW
   120 MONTGOMERY STREET, SUITE 2550
2  SAN FRANCISCO, CALIFORNIA 94104-4303
   TELEPHONE 415-281-2024
3  FACSIMILE 415-281-2010
   David A. Tartaglio (State Bar No. 117232)
4  d.tartaglio@mpglaw.com
   Catherine M. Lee (State Bar No. 197197)
5  c.lee@mpglaw.com

6  Attorneys for Defendants THE AMERICAN
   SOCIETY FOR REPRODUCTIVE
7  MEDICINE and SOCIETY FOR ASSISTED
   REPRODUCTIVE TECHNOLOGY

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

| | |
|---|---|
| 12  OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract),<br><br>Plaintiffs,<br><br>vs.<br><br>THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>Defendants. | Case No. C 07 5238 JF<br><br>Complaint Filed: October 12, 2007<br><br>**THIRD STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Trial Date:            None. |

592385.1

**THIRD STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE**

1  Plaintiffs and defendants The American Society for Reproductive Medicine and
2  Society for Assisted Reproductive Technology, appearing by and through their respective counsel,
3  hereby stipulate to continue the Case Management Conference currently scheduled on September
4  15, 2008 until 28 days after defendants' pending Motion to Dismiss Plaintiffs' Complaint. The
5  continuance is needed because defendants' pending Motion to Dismiss will not be heard until
6  September 5, 2008. It would be premature to hold the case management conference before the
7  outcome of the Motion to Dismiss as the parties cannot effectively meet and confer on issues that
8  will arise in the conference. With the requested extension, the next date for the case management
9  conference shall be October 3, 2008 at 10:30 a.m. or the first available date thereafter. A joint
10 case management conference statement shall be filed by no later than September 26, 2008, unless
11 otherwise ordered by the court.

IT IS SO STIPULATED.

DATED: June 17, 2008

Respectfully submitted,

LAW OFFICES OF STANLEY G. HILTON

By: _____
Stanley G. Hilton
Attorneys for Plaintiffs

DATED: June 17, 2008

MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendants THE AMERICAN
SOCIETY FOR REPRODUCTIVE MEDICINE
and SOCIETY FOR ASSISTED
REPRODUCTIVE TECHNOLOGY

ORDER

IT IS SO ORDERED.

Dated: _____, 2008

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

592385.1

1

THIRD STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE