**MUSICK, PEELER & GARRETT** LLP
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024

FACSIMILE 415-281-2010

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants THE AMERICAN
SOCIETY FOR REPRODUCTIVE
MEDICINE and SOCIETY FOR ASSISTED
REPRODUCTIVE TECHNOLOGY

**\*\*E-filed 6/18/08\*\***

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract), <br><br> Plaintiffs, <br><br> vs. <br><br> THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS), <br><br> Defendants. | Case No. C 07 5238 JF <br><br> Complaint Filed:  October 12, 2007 <br><br> **THIRD STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** <br><br> Trial Date:                    None. |

592385.1

1    Plaintiffs and defendants The American Society for Reproductive Medicine and

2  Society for Assisted Reproductive Technology, appearing by and through their respective counsel,

3  hereby stipulate to continue the Case Management Conference currently scheduled on September

4  15, 2008 until 28 days after defendants' pending Motion to Dismiss Plaintiffs' Complaint. The

5  continuance is needed because defendants' pending Motion to Dismiss will not be heard until

6  September 5, 2008. It would be premature to hold the case management conference before the

7  outcome of the Motion to Dismiss as the parties cannot effectively meet and confer on issues that

8  will arise in the conference. With the requested extension, the next date for the case management

9  conference shall be October 3, 2008 at 10:30 a.m. or the first available date thereafter. A joint

10  case management conference statement shall be filed by no later than September 26, 2008, unless

11  otherwise ordered by the court.

12    IT IS SO STIPULATED.

13                   Respectfully submitted,

14  DATED: June ___, 2008      LAW OFFICES OF STANLEY G. HILTON

15

16                   By: _____

17                     Stanley G. Hilton
                         Attorneys for Plaintiffs

18  DATED: June 17, 2008     MUSICK, PEELER & GARRETT LLP

19

20                   By: _____
                     Catherine M. Lee

21                     Attorneys for Defendants THE AMERICAN
                     SOCIETY FOR REPRODUCTIVE MEDICINE

22                     and SOCIETY FOR ASSISTED
                     REPRODUCTIVE TECHNOLOGY

23

24                   ORDER

25    IT IS SO ORDERED.

26  Dated: 6/18/08 _____, 2008

27                    JUDGE OF THE UNITED STATES
                     DISTRICT COURT   Jeremy Fogel

28

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

592385.1              1
THIRD STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE