MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract),<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>　　　　　　Defendants. | Case No. C 07 5238 JF<br><br>Complaint Filed: October 12, 2007<br><br>**FOURTH STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Trial Date:　　　　　　None. |

602477.1

1  Plaintiffs and defendants The American Society for Reproductive Medicine and
2 Society for Assisted Reproductive Technology, appearing by and through their respective counsel,
3 hereby stipulate to continue the Case Management Conference currently scheduled on **October 3,**
4 **2008** until 48 days after defendants' pending Motion to Dismiss Plaintiffs' Complaint. The
5 continuance is needed because defendants' pending Motion to Dismiss will not be heard until
6 October 17, 2008. It would be premature to hold the case management conference before the
7 outcome of the Motion to Dismiss as the parties cannot effectively meet and confer on issues that
8 will arise in the conference. With the requested extension, the next date for the case management
9 conference shall be **December 5, 2008** at 10:30 a.m. or the first available date thereafter. A joint
10 case management conference statement shall be filed by no later than November 21 2008, unless
11 otherwise ordered by the court.

12       IT IS SO STIPULATED.

13                                    Respectfully submitted,

14 DATED: August ___, 2008            LAW OFFICES OF STANLEY G. HILTON

15

16                                    By: _____
                                       Stanley G. Hilton
17                                     Attorneys for Plaintiffs

18 DATED: August 22, 2008             MUSICK, PEELER & GARRETT LLP

19
                                      By: _____
20                                     Catherine M. Lee
                                       Attorneys for Defendants THE AMERICAN
21                                     SOCIETY FOR REPRODUCTIVE MEDICINE
                                       and SOCIETY FOR ASSISTED
22                                     REPRODUCTIVE TECHNOLOGY

23
                                      ORDER
24
       IT IS SO ORDERED.
25

26 Dated: _____, 2008     _____
                                      JUDGE OF THE UNITED STATES
27                                    DISTRICT COURT

28

1  Plaintiffs and defendants The American Society for Reproductive Medicine and
2  Society for Assisted Reproductive Technology, appearing by and through their respective counsel,
3  hereby stipulate to continue the Case Management Conference currently scheduled on **October 3,**
4  **2008** until 48 days after defendants' pending Motion to Dismiss Plaintiffs' Complaint. The
5  continuance is needed because defendants' pending Motion to Dismiss will not be heard until
6  October 17, 2008. It would be premature to hold the case management conference before the
7  outcome of the Motion to Dismiss as the parties cannot effectively meet and confer on issues that
8  will arise in the conference. With the requested extension, the next date for the case management
9  conference shall be **December 5, 2008** at 10:30 a.m. or the first available date thereafter. A joint
10 case management conference statement shall be filed by no later than November 21 2008, unless
11 otherwise ordered by the court.
12         IT IS SO STIPULATED.

13                                                          Respectfully submitted,
14 DATED: August 22, 2008                                   LAW OFFICES OF STANLEY G. HILTON
15
16                                                          By: _____
                                                                Stanley G. Hilton
17                                                              Attorneys for Plaintiffs

18 DATED: August ___, 2008                                  MUSICK, PEELER & GARRETT LLP
19
20                                                          By: _____
                                                                Catherine M. Lee
21                                                              Attorneys for Defendants THE AMERICAN
                                                                SOCIETY FOR REPRODUCTIVE MEDICINE
22                                                              and SOCIETY FOR ASSISTED
                                                                REPRODUCTIVE TECHNOLOGY
23
                                                            ORDER
24
                IT IS SO ORDERED.
25
26 Dated: _____, 2008                              _____
                                                            JUDGE OF THE UNITED STATES
27                                                          DISTRICT COURT
28