**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2024
FACSIMILE 415-281-2010

\*\*E-filed 8/25/08\*\*

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract),<br><br>Plaintiffs,<br><br>vs.<br><br>THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>Defendants. | Case No. C 07 5238 JF<br><br>Complaint Filed: October 12, 2007<br><br>**FOURTH STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>Trial Date:   None. |

1    Plaintiffs and defendants The American Society for Reproductive Medicine and
2 Society for Assisted Reproductive Technology, appearing by and through their respective counsel,
3 hereby stipulate to continue the Case Management Conference currently scheduled on **October 3,**
4 **2008** until 48 days after defendants' pending Motion to Dismiss Plaintiffs' Complaint.  The
5 continuance is needed because defendants' pending Motion to Dismiss will not be heard until
6 October 17, 2008.  It would be premature to hold the case management conference before the
7 outcome of the Motion to Dismiss as the parties cannot effectively meet and confer on issues that
8 will arise in the conference.  With the requested extension, the next date for the case management
9 conference shall be **December 5, 2008** at 10:30 a.m. or the first available date thereafter.  A joint
10 case management conference statement shall be filed by no later than November 21 2008, unless
11 otherwise ordered by the court.

    IT IS SO STIPULATED.

                                    Respectfully submitted,

DATED: August ___, 2008         LAW OFFICES OF STANLEY G. HILTON


                                By: _____
                                    Stanley G. Hilton
                                    Attorneys for Plaintiffs

DATED: August 22, 2008          MUSICK, PEELER & GARRETT LLP


                                By: _____
                                    Catherine M. Lee
                                    Attorneys for Defendants THE AMERICAN
                                    SOCIETY FOR REPRODUCTIVE MEDICINE
                                    and SOCIETY FOR ASSISTED
                                    REPRODUCTIVE TECHNOLOGY


                                    ORDER

    IT IS SO ORDERED.

Dated: ____8/25____, 2008       _____
                                JUDGE OF THE UNITED STATES
                                DISTRICT COURT
                                Jeremy Fogel

1  Plaintiffs and defendants The American Society for Reproductive Medicine and
2  Society for Assisted Reproductive Technology, appearing by and through their respective counsel,
3  hereby stipulate to continue the Case Management Conference currently scheduled on **October 3,**
4  **2008** until 48 days after defendants' pending Motion to Dismiss Plaintiffs' Complaint. The
5  continuance is needed because defendants' pending Motion to Dismiss will not be heard until
6  October 17, 2008. It would be premature to hold the case management conference before the
7  outcome of the Motion to Dismiss as the parties cannot effectively meet and confer on issues that
8  will arise in the conference. With the requested extension, the next date for the case management
9  conference shall be **December 5, 2008** at 10:30 a.m. or the first available date thereafter. A joint
10 case management conference statement shall be filed by no later than November 21 2008, unless
11 otherwise ordered by the court.

12       IT IS SO STIPULATED.

13                                       Respectfully submitted,

14 DATED: August 22, 2008      LAW OFFICES OF STANLEY G. HILTON

15

16                                       By: _____
                                            Stanley G. Hilton
17                                             Attorneys for Plaintiffs

18 DATED: August ___, 2008      MUSICK, PEELER & GARRETT LLP

19

20                                       By: _____
                                       Catherine M. Lee
21                                      Attorneys for Defendants THE AMERICAN
                                     SOCIETY FOR REPRODUCTIVE MEDICINE
22                                    and SOCIETY FOR ASSISTED
                                   REPRODUCTIVE TECHNOLOGY
23

24                                    ORDER

25       IT IS SO ORDERED.

26 Dated: _____, 2008     _____
27                                    JUDGE OF THE UNITED STATES
                                   DISTRICT COURT
28

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

602477.1                                             1
**FOURTH STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE**