**E-Filed 12/3/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation; and JESSICA and a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1-102 (REGISTERED INFERTILITY PHYSICIANS) and DOES 103-1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>Defendants. | Case Number C 07-5238 JF (HRL)<br><br>ORDER[1] RE CORRESPONDENCE FROM TERI ROYAL DATED DECEMBER 1, 2008 |

On November 13, 2008, an individual named Teri Royal, purporting to act for Plaintiff Options National Fertility Registry ("Options"), submitted to chambers via facsimile a motion requesting referral to the Federal Pro Bono Project and seeking assistance in terminating

---

[1] This disposition is not designated for publication in the official reports.

1    Options' counsel of record.  The Court addressed that motion in an order filed November 26,
2    2008 ("November 26 Order").  On December 1, 2008, Ms. Royal submitted to chambers via
3    facsimile an additional document entitled "Letter Correcting Deceptive Information, And
4    Requesting Reconsideration Of Federal Jurisdiction And Referral To The Federal Pro-Bono
5    Project."  The Clerk of the Court is directed to file this document as of the date it was submitted,
6    December 1, 2008.

7    As noted in its November 26 Order, Ms. Royal is not a party in this action and, because
8    she is not an attorney, may not appear in this action on behalf of Options, a corporation.  The
9    Court addressed Ms. Royal's last submission, and will address her current submission, as a
10   courtesy based upon her representations regarding Options' abandonment by its counsel of
11   record.[2]  However, the Court will not accept or act upon any future communications from Ms.
12   Royal.  Options must contact the Court, file documents, or otherwise litigate this action through
13   counsel.

14   With respect to the substance of Ms. Royal's December 1 submission, Ms. Royal asserts
15   that the Court erred in concluding that diversity jurisdiction does not lie in this case.  Ms. Royal
16   asserts that neither of the named Defendants, American Society for Reproductive Medicine
17   ("ASRM") and Society for Assisted Reproductive Technology ("SART"), are citizens of
18   California.  However, as the Court concluded in its order issued October 20, 2008, it is clear
19   from declarations filed by Defendants and from matters suitable for judicial notice that diversity
20   jurisdiction does not lie.  For example, the Court takes judicial notice that the official
21   government records website of the State of Alabama indicates that while ASRM's principal
22   address is located in Birmingham, Alabama, ASRM was incorporated in California.  *See*
23   http://arc-sos.state.al.us/cgi/corpdetail.mbr/detail?corp=923321&page=name&file=.
24   Accordingly, the Court declines to reconsider its prior ruling that there does not appear to be
25   federal subject matter jurisdiction with respect to Options' claims.  The Court likewise declines

---

28   [2] On November 26, 2008, Options' counsel filed a declaration refuting Ms. Royal's assertion of abandonment.

to reconsider its denial of Ms. Royal's request for referral to the Federal Pro Bono Project.

**ORDER**

(1) The Clerk of the Court shall file Ms. Royal's submission dated December 1, 2008;

(2) The Court will not accept or act upon any future communications from Ms. Royal; Options must contact the Court, file documents, or otherwise litigate this action through counsel;

(3) The request for reconsideration of the Court's conclusion that it lacks subject matter jurisdiction over Options' claims is DENIED; and

(4) The request for reconsideration of the Court's denial of the request for referral to the Federal Pro Bono Project is DENIED.

DATED: 12/3/08

JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2  Catherine Mi Lee c.lee@mpglaw.com

3  Stanley G. Hilton FROG727@AOL.COM, froggg333@comcast.net,
4  mscarver@aol.com, STAVROS3589@AOL.COM

5  Teri Royal @ fax number 714-799-1314[3]

---

27  [3] Although Ms. Royal is not a party to the action, the Court agreed to provide her with a courtesy copy of the instant order in light of her representations regarding Mr. Hilton's failure to
28  communicate with her.

4

Case No. C 07-5238 JF (HRL)
ORDER RE CORRESPONDENCE FROM TERI ROYAL DATED DECEMBER 1, 2008
(JFLC2)