**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
120 MONTGOMERY STREET, SUITE 2550
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE: 213-629-7705
FACSIMILE 415-281-2010

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract),<br><br>                    Plaintiffs,<br><br>       vs.<br><br>THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>                    Defendants. | Case No. C 07 5238 JF<br><br>Complaint Filed:  October 12, 2007<br><br>**STIPULATION REGARDING ADR AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Trial Date:            None. |

621897.1

STIPULATION REGARDING ADR AND [PROPOSED] ORDER SELECTING ADR PROCESS

Plaintiffs and defendants, through their undersigned counsel, report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Early Neutral Evaluation with respect to this case.

DATED: January 13, 2009

THE LAW OFFICES OF STANLEY G. HILTON

By: _____
Stanley G. Hilton
Attorneys for Plaintiffs

DATED: January 13, 2009

MUSICK, PEELER & GARRETT llp

By: _____
Catherine M. Lee
Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

1  [PROPOSED] ORDER

2  Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral
3  Evaluation. Said Early Neutral Evaluation shall be performed within ninety (90) days after
4  defendants have answered plaintiffs' Amended Complaint, if any.

5

6  IT IS SO ORDERED.

7
8  DATED:  1/14/09

9
10  _____
    UNITED STATES ~~MAGISTRATE~~ JUDGE
11                   DISTRICT

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28