MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
100 MONTGOMERY STREET, SUITE 2525
SAN FRANCISCO, CALIFORNIA  94104-4303
TELEPHONE 415-281-2000
FACSIMILE 415-281-2010

**E-Filed 6/9/09**

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract),<br><br>Plaintiffs,<br><br>vs.<br><br>THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>Defendants. | Case No. C 07 5238 JF<br><br>Complaint Filed:   October 12, 2007<br>FAC Filed:   January 16, 2009<br>SAC Filed:   June __, 2009<br><br>**FIFTH STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Trial Date:   None. |

Plaintiffs and defendants The American Society for Reproductive Medicine and Society for Assisted Reproductive Technology, appearing by and through their respective undersigned counsel, hereby stipulate to continue the Case Management Conference currently scheduled on **July 10, 2009** for sixty-three (63) day to and including **September 11, 2009**. The continuance is needed because the parties have stipulated that defendants shall have to and including July 24, 2009 to file their response to plaintiffs' Second Amended Complaint. It would be premature to hold the case management conference before defendants file their response as the parties cannot effectively meet and confer on issues that will arise in the conference. With the requested extension, the next date for the case management conference shall be **September 11, 2009** at 10:30 a.m. or the first available date thereafter. A joint case management conference statement shall be filed by no later than **August 28, 2009**, unless otherwise ordered by the court.

IT IS SO STIPULATED.

DATED: June 5, 2009

Respectfully submitted,

LAW OFFICES OF STANLEY G. HILTON

By: _____
Stanley G. Hilton
Attorneys for Plaintiffs

DATED: June ___, 2009

MUSICK, PEELER & GARRETT LLP

By: _____
Catherine M. Lee
Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

ORDER

IT IS SO ORDERED.

Dated: _____, 2009

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

640451.1

1

FIFTH STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE

1  Plaintiffs and defendants The American Society for Reproductive Medicine and
2  Society for Assisted Reproductive Technology, appearing by and through their respective
3  undersigned counsel, hereby stipulate to continue the Case Management Conference currently
4  scheduled on **July 10, 2009** for sixty-three (63) day to and including **September 11, 2009**. The
5  continuance is needed because the parties have stipulated that defendants shall have to and
6  including July 24, 2009 to file their response to plaintiffs' Second Amended Complaint. It would
7  be premature to hold the case management conference before defendants file their response as the
8  parties cannot effectively meet and confer on issues that will arise in the conference. With the
9  requested extension, the next date for the case management conference shall be **September 11,**
10 **2009** at 10:30 a.m. or the first available date thereafter. A joint case management conference
11 statement shall be filed by no later than **August 28, 2009**, unless otherwise ordered by the court.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: June    , 2009         LAW OFFICES OF STANLEY G. HILTON

By: _____
Stanley G. Hilton
Attorneys for Plaintiffs

DATED: June    , 2009         MUSICK, PEELER & GARRETT LLP

By: *Catherine M Lee /by kmr*
Catherine M. Lee
Attorneys for Defendants THE AMERICAN
SOCIETY FOR REPRODUCTIVE MEDICINE
and SOCIETY FOR ASSISTED
REPRODUCTIVE TECHNOLOGY

ORDER

IT IS SO ORDERED.

Dated: __June 9_____, 2009    _____
                                    JUDGE OF THE UNITED STATES
                                    DISTRICT COURT

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

640451.1                                    1
                FIFTH STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT
                                                                        CONFERENCE