**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
100 MONTGOMERY STREET, SUITE 2525
SAN FRANCISCO, CALIFORNIA 94104-4303
TELEPHONE 415-281-2000
FACSIMILE 415-281-2010

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com
Catherine M. Lee (State Bar No. 197197)
c.lee@mpglaw.com

Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

**E-Filed 7/16/2009**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation, and JESSICA and class of plaintiffs believed to be similarly situated (women egg donors whose eggs were allegedly given to unknown and unauthorized recipients via "egg sharing" without their informed consent, in violation of an existing legally binding contract),<br><br>    Plaintiffs,<br><br>vs.<br><br>THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1 through 102 (REGISTERED INFERTILITY PHYSICIANS) AND DOES 103 through 1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>    Defendants. | Case No. C 07 5238 JF<br><br>Complaint Filed:  October 12, 2007<br>FAC Filed:  January 16, 2009<br>SAC Filed:  June 4, 2009<br><br>**SIXTH STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Trial Date:  None. |

647405.1

SIXTH STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

1       Plaintiffs and defendants The American Society for Reproductive Medicine and
2 Society for Assisted Reproductive Technology, appearing by and through their respective
3 undersigned counsel, hereby stipulate to continue the Case Management Conference currently
4 scheduled on **September 11, 2009** for fourteen (14) day to and including **September 25, 2009**.
5 The continuance is needed because the parties have stipulated that defendants shall have to and
6 including August 7, 2009 to file their response to plaintiffs' Second Amended Complaint. It
7 would be premature to hold the case management conference before defendants file their response
8 as the parties cannot effectively meet and confer on issues that will arise in the conference. With
9 the requested extension, the next date for the case management conference shall be **September 25,**
10 **2009** at 10:30 a.m. or the first available date thereafter. A joint case management conference
11 statement shall be filed by no later than **September 11, 2009**, unless otherwise ordered by the
12 court.

13       IT IS SO STIPULATED.

14                                           Respectfully submitted,

15 DATED: July 13, 2009           LAW OFFICES OF STANLEY G. HILTON

16

17                                        By: _____
18                                               Stanley G. Hilton
                                              Attorneys for Plaintiffs

19 DATED: July ___ , 2009         MUSICK, PEELER & GARRETT LLP

20

21                                         By: _____
                                              Catherine M. Lee
22                                               Attorneys for Defendants THE AMERICAN
                                              SOCIETY FOR REPRODUCTIVE MEDICINE
23                                               and SOCIETY FOR ASSISTED
                                              REPRODUCTIVE TECHNOLOGY

24                                               <u>ORDER</u>

25       IT IS SO ORDERED.

26

27 Dated: _____, 2009       _____
                                              JUDGE OF THE UNITED STATES
28                                               DISTRICT COURT

Plaintiffs and defendants The American Society for Reproductive Medicine and Society for Assisted Reproductive Technology, appearing by and through their respective undersigned counsel, hereby stipulate to continue the Case Management Conference currently scheduled on **September 11, 2009** for fourteen (14) day to and including **September 25, 2009**. The continuance is needed because the parties have stipulated that defendants shall have to and including August 7, 2009 to file their response to plaintiffs' Second Amended Complaint. It would be premature to hold the case management conference before defendants file their response as the parties cannot effectively meet and confer on issues that will arise in the conference. With the requested extension, the next date for the case management conference shall be **September 25, 2009** at 10:30 a.m. or the first available date thereafter. A joint case management conference statement shall be filed by no later than **September 11, 2009**, unless otherwise ordered by the court.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: July ___, 2009       LAW OFFICES OF STANLEY G. HILTON

By: _____
Stanley G. Hilton
Attorneys for Plaintiffs

DATED: July 14, 2009        MUSICK, PEELER & GARRETT LLP

By: _Catherine M. Lee/ by:kr_
Catherine M. Lee
Attorneys for Defendants THE AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE and SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY

ORDER

IT IS SO ORDERED.

Dated: July 16, 2009       _____
JUDGE OF THE UNITED STATES DISTRICT COURT

647405.1

SIXTH STIPULATION PURSUANT TO L.R. 6-1(b) TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER