\*\*E-Filed 12/4/2009\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OPTIONS NATIONAL FERTILITY REGISTRY, a California Corporation; and JESSICA and a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SOCIETY FOR REPRODUCTIVE MEDICINE; SOCIETY FOR ASSISTED REPRODUCTIVE TECHNOLOGY; DOES 1-102 (REGISTERED INFERTILITY PHYSICIANS) and DOES 103-1500 (FERTILITY CLINICS AND ASSOCIATED PROFESSIONAL DEFENDANTS),<br><br>Defendants. | Case Number C 07-5238 JF (HRL)<br><br>**JUDGMENT** |

Judgment is hereby entered for Defendants and against Plaintiffs.

DATED:  12/4/2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-5238 JF (HRL)
JUDGMENT
(JFLC2)

1    Copies of this Judgment were delivered to:

3    FROG727@AOL.COM

5    c.lee@mpglaw.com

6    teriroyal@hotmail.com[1]

---

[1] Ms. Royal is the president and chief executive officer of Plaintiff Options. Because Options does not have representation at this time, a copy of this judgment has been emailed to Ms. Royal as a courtesy.

2

Case No. C 07-5238 JF (HRL)
JUDGMENT
(JFLC2)